```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                    -v-                                         :   1:24-cr-655-GHW-8
                                                                :
LORIELMO STEELE-POMARE,                                         :   ORDER
                                                                :
                              Defendant.                        :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, by and through his attorney, DONNA R. NEWMAN, and with the consent of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, JONATHAN BODANSKY, JULIANA N. MURRAY, and NICHOLAS S. BRADLEY, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from October 20, 2025 to November 14, 2025 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through November 14, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 80.

SO ORDERED.

Dated: October 16, 2025

                                                      _____
                                                           GREGORY H. WOODS
                                                         United States District Judge