**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 20, 2026

**BY EMAIL & ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Curtis et al.*, 24 Cr. 655 (LJL)**

Dear Judge Liman:

The Government respectfully writes to request that the Court schedule a change-of-plea conference for defendant Lorielmo Steele-Pomare (the "defendant") in the above-captioned case. The parties have conferred and are available on the following dates, and can provide additional availability at the Court's request:

**Monday, November 2, 2026**: 9:30 a.m. – 1:30 p.m.
**Tuesday, November 3, 2026**: 9:30 a.m. – 5:00 p.m.
**Thursday, November 5, 2026**: 9:30 a.m. – 2:30 p.m.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Jonathan L. Bodansky
Juliana N. Murray
Assistant United States Attorneys
(212) 637-2385 / -2314

cc: All counsel of record